MEMORANDUM OPINION

 

No. 04-09-00066-CV

 

Antonio SALTON,

Appellant

 

v.

 

Alray JOHNSON
and Tracey Johnson,

Appellees

 

From the 73rd Judicial
District Court, Bexar County, Texas

Trial Court No. 2006-CI-08657

Honorable  Fred 
Shannon, Judge Presiding

 

PER CURIAM

 

Sitting:            Rebecca Simmons,
Justice

                        Steven
C. Hilbig, Justice

                        Marialyn
Barnard, Justice

 

Delivered and
Filed:  October 7, 2009

 

REVERSED AND
REMANDED

 

The
appellees have filed a motion, in accordance with Texas Rule of Appellate
Procedure 42.1(a)(2), stating that the parties have resolved the dispute at
issue and requesting this court reverse the trial court  and remand the matter
for a new trial.  The appellant has not notified this court to the contrary. 
The motion is granted and the judgment of the trial court is hereby








reversed and
remanded for further proceedings consistent with this opinion.  Tex. R. App. P. 42.1(a)(2).  

 

PER
CURIAM